```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maldonado Rosete, *et al.*,

            Plaintiffs,

    –v–

Aangan of India, LLC, *et al.*,

            Defendants.

20-cv-09598 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 17, 2020, Defendants were served. Dkt. Nos. 20, 21.  Defendants' responses to the Complaint were due December 9, 2020. *Id*.  Defendants have not responded.  If the Plaintiff intends to file a motion for default judgment, it shall do so by February 10, 2021.  The Initial Pretrial Conference in this matter is adjourned *sine die*.

    SO ORDERED.

Dated: January 24, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge