USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maldonado Rosete,

                Plaintiffs, *et al.*,

      –v–

Aangan of India, LLC, *et al.*,

                Defendants.

20-cv-9598 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's January 25, 2021 Order, Plaintiffs were to file a motion for default judgment by February 10, 2021. Plaintiffs failed to do so. Plaintiffs must file a letter on the docket by March 1, 2021 providing a status update. Failure to do may result in this case being dismissed for failure to prosecute.

    Additionally, the Court has received a letter from Defendant Dolly Singh. Dkt. No. 30. If the individual defendants in this matter cannot afford representation, the Court encourages those defendants to contact the NYLAG Legal Clinic for assistance on representing themselves in this litigation. *See* Legal Assistance Clinic, https://www.nysd.uscourts.gov/attorney/legal-assistance. The business entity defendants in this matter, however, cannot represent themselves *pro se*. An entity cannot appear in this Court other than through an attorney. *See Shapiro, Bernstein & Co. v. Cont'l Record Co.*, 386 F.2d 426, 427 (2d Cir. 1967).

    Defendants are hereby ordered to make an appearance in this case by March 23, 2021 and provide notice of that appearance on the docket. (Again, the individual defendants may make an appearance *pro se*, but the entity defendants must do so through counsel.). All deadlines in this case are suspended until further notice of the Court.

Plaintiffs are ORDERED to serve this Order on Defendants by March 1, 2021 and file affidavits of service on the docket. Additionally, because no mailing address has been provided, the Court will email a copy of this Order to Defendant Dolly Singh.

SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge