```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Maldonado Rosete, *et al.*,

        Plaintiffs,

–v–

Aangan of India LLC, *et al.*,

        Defendants.

20-cv-09598 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    On February 22, 2021, the Court ordered the Defendants to make an appearance in this case by March 23, 2021 and adjourned all deadlines in this case *sine die*. Counsel for the Defendants have now made an appearance. Defendants have until April 23, 2021 to respond to the Complaint. The Initial Pretrial Conference in this matter originally scheduled for February 12, 2021 is rescheduled for May 14, 2021 at 3:45 P.M. The parties are reminded to submit a joint letter and proposed case management plan within seven days in advance of conference pursuant to the Notice of Initial Pretrial Conference. Dkt. No. 20.

SO ORDERED.

Dated: April 2, 2021
       New York, New York

                                    ALISON J. NATHAN
                                United States District Judge