

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maldonado Rosete,

           Plaintiff,

    –v–

Aangan of India LLC et al,

           Defendant.

20-cv-9598 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Due to constraints in the Court's schedule, the post-discovery status conference scheduled in this case for October 8, 2021 at 3:45 P.M. is rescheduled for October 8, 2021 at 10:30 A.M. Due to the ongoing pandemic, the Court will hold the conference telephonically.

It is hereby ordered that within <u>five days</u> prior to the post-discovery status conference, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**
SO ORDERED.

Dated: September 24, 2021
       New York, New York

                                            ALISON J. NATHAN

2

                                            United States District Judge