UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021
```

---

Maldonado Rosete et al

Plaintiff,

-v-

Aangan of India LLC et al.

Defendants.

---

20-cv-9598 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A conference in this matter is scheduled for Friday, October 8, 2021 at 10:30 AM.  The conference may be accessed at that time by dialing (888) 363-4749 and entering access code 9196964#.  All persons accessing the proceeding must mute their lines unless given permission to unmute.  Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited.  Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: October 6, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge