USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maldonado Rosete et al,

                Plaintiffs,

    –v–

Aangan of India LLC et al,

                Defendants.

20-cv-9598 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court held a conference in this matter this morning. The parties are hereby ordered to submit a proposed case management plan to the Court by October 22, 2021.

SO ORDERED.

Dated: October 8, 2021
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge