```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maldonado Rosete et al,

              Plaintiffs,

     –v–

Aangan of India LLC et al,

             Defendants.

20-cv-9598 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' Proposed Case Management Plan indicating that they consent to conduct all further proceedings before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Dkt. No. 55. The parties are ordered to submit the South District's Notice, Consent, and Reference form to the Court. The form can be found at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

    SO ORDERED.

Dated: October 22, 2021
       New York, New York

                                       _____
                                          ALISON J. NATHAN
                                        United States District Judge

1