UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, et al.,

                Plaintiffs,

    -v-

AANGAN OF INDIA LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (AJN) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 12, 2022, this matter was assigned to me pursuant to a notice of the parties' consent to have a United States Magistrate Judge conduct all further proceedings in this case. (ECF No. 67 (the "Notice")).  The Notice was signed by attorneys Jacob Jaffe and K.S. Ahluwalia. (Id.)  At the telephonic status conference held today, February 8, 2022, Mr. Ahluwalia advised the Court that he does not represent all Defendants.  Accordingly, because not all parties signed the Notice, "they have not consented to the jurisdiction of a magistrate judge to enter final judgment."  Ideavillage Prod. Corp. v. Antiker, No. 20 Civ. 4681 (MKV), 2021 WL 1987382, at *2 (S.D.N.Y. May 17, 2021); see 28 U.S.C. § 636(c)(1) ("Upon the consent of the parties, a full-time United States magistrate judge . . . may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case . . . ."); New York Chinese TV Programs, Inc. v. U.E. Enters., Inc., 996 F.2d 21, 23 (2d Cir. 1993) ("Consent of all parties to be bound by a judgment of a magistrate judge is required by 28 U.S.C. § 636 and Fed. R. Civ. P. 73.").  The Court therefore respectfully requests that the assignment to the Honorable Alison J. Nathan be restored.

By **February 25, 2022**, the parties shall file a joint letter: (i) advising whether Plaintiffs intend to seek default judgment against the Defendants not represented by Mr. Ahluwalia; and (ii) reporting on the status of settlement discussions between Mr. Jaffe and Mr. Ahluwalia.

Dated:         New York, New York
               February 8, 2022

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**