UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, et al.,

                Plaintiffs,

-v-

AANGAN OF INDIA LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (AJN) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 16, 2020, Plaintiffs filed this action against Defendants Aangan of India LLC ("Aangan"), Royal Kabab and Curry, Inc., Rym Foods LLC, Aaron 31 LLC ("Aaron 31"), Nitu Singh, Dolly Singh, Ashish Bawa ("Bawa"), and Dicosta Doe. (ECF No. 1). On March 22, 2021, attorney Tejinder Singh Bains filed a notice of appearance on behalf of Aangan, Aaron 31, Dolly Singh, and Bawa. (ECF No. 36). On October 12, 2021, attorney Kuljit S. Ahluwalia substituted Mr. Bains as counsel for Aaron 31, Dolly Singh, and Bawa, but not for Aangan. (ECF No. 54 (the "Substitution")). On December 8, 2021, Mr. Ahluwalia filed a notice of appearance on behalf of Aaron 31 LLC, Dolly Singh, and Bawa. (ECF No. 65). Mr. Bains remains counsel of record for Aangan, but has not made any filings or otherwise appeared since the Substitution.

On February 28, 2022, the Court ordered Aangan to show cause by March 14, 2022 why the Court should not direct that a Certificate of Default be entered against it for its failure to continue to appear and defend in this action. (ECF No. 74 (the "Feb. 28 Order")). To date, Aangan has not responded to the Feb. 28 Order or otherwise contacted the Court.

Accordingly, in light of Aangan's failure to continue to appear and defend in this action, the Court finds that entry of a certificate of default is appropriate. By **March 29, 2022**, Plaintiffs shall request a Certificate of Default from the Clerk of Court as to Aangan.

Dated:	New York, New York	SO ORDERED.
	March 28, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**