UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, et al.,

                Plaintiffs,

-v-

AANGAN OF INDIA LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (AJN) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By Orders dated February 28, 2022 and March 28, 2022, the Court directed Plaintiffs to request certificates of default from the Clerk of Court with respect to Defendants Royal Kabab and Curry, Inc. ("Royal"), Rym Foods LLC ("Rym"), Nitu Singh ("Singh"), Dicosta Doe ("Doe"), and Aangan of India LLC ("Aangan"). (ECF Nos. 73, 79). On March 28, 2022, Plaintiffs requested certificates of default (the "Certificates") as to Royal, Rym, Singh, and Aangan, but not as to Doe. (ECF Nos. 80–84). The Clerk of Court entered the Certificates on March 29, 2022. (ECF Nos. 85–88). Accordingly, the Court orders as follows:

1. By **April 1, 2022**, Plaintiffs shall request a certificate of default as to Doe from the Clerk of Court; and

2. By **April 15, 2022**, Plaintiffs shall file a Motion for Default Judgment as to Royal, Rym, Singh, Aangan, and Doe in accordance with the Individual Practices of the Honorable Alison J. Nathan, Fed. R. Civ. P. 55, and S.D.N.Y. Local Rule 55.

Dated:    New York, New York        SO ORDERED.
           March 30, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**