UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, et al.,

                Plaintiffs,

-v-

AANGAN OF INDIA LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The letter at ECF No. 104 filed by Defendants Aaron 31 LLC, Dolly Singh, and Ashish Bawa (the "Non-Defaulting Defendants") resolves the Court's Order to Show Cause at ECF No. 103. All terms of the operative Case Management Plan (ECF No. 76 (the "CMP")) remain in effect. In accordance with the CMP, by **June 10, 2022**, the parties shall file a joint letter (the "Letter") certifying the completion of all discovery. (ECF No. 76 at 3). The Letter shall also include an update on the status of settlement discussions between Plaintiffs and the Non-Defaulting Defendants.

Dated:     New York, New York
             May 25, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**