UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, et al.,

                Plaintiffs,

-v-

AANGAN OF INDIA LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Case Management Plan, by June 10, 2022, the parties were directed to file a joint letter (the "Letter") certifying the completion of all discovery. (ECF No. 76 at 3). On May 25, 2022, the Court reiterated this directive, and further ordered that the include an update on the status of settlement discussions between Plaintiffs and Defendants Aaron 31 LLC, Dolly Singh, and Ashish Bawa (the "Non-Defaulting Defendants," together with Plaintiffs, the "Parties"). (ECF No. 105). To date, the Parties have not filed the Letter. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **June 15, 2022**.

Dated:    New York, New York
            June 13, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**