**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAFAEL MALDONADO ROSETE, ELIGIO CANDIDO, CARLOS SALDAÑA VILLANUEVA, and VENANCIO SALDAÑA VILLANUEVA, *individually and on behalf of others similarly situated,*

    *Plaintiffs*,

-against-

AANGAN OF INDIA LLC (D/B/A AANGAN), ROYAL KABAB AND CURRY, INC. (D/B/A AANGAN), RYM FOODS LLC (D/B/A AANGAN), AARON 31 LLC (D/B/A AANGAN), NITU SINGH, DOLLY SINGH, ASHISH BAWA, and DICOSTA DOE,

    *Defendants.*
-----------------------------------------------------------X

Index No. 20-cv-09598-AJN

**DEFAULT JUDGMENT AGAINST DEFENDANTS ROYAL KABAB AND CURRY, INC. (D/B/A AANGAN), RYM FOODS LLC (D/B/A AANGAN), NITU SINGH, AND DICOSTA DOE**

    The Summons and Complaint in this action having been duly served on the above-named Defendants ROYAL KABAB AND CURRY, INC. (D/B/A AANGAN), RYM FOODS LLC (D/B/A AANGAN), NITU SINGH, AND DICOSTA DOE, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration in support of entry of default judgment, with exhibits thereto;

    NOW, on motion of CSM Legal, PC, counsel for Plaintiffs, it is hereby

    ORDERED and ADJUDGED that Defendants ROYAL KABAB AND CURRY, INC. (D/B/A AANGAN), RYM FOODS LLC (D/B/A AANGAN), NITU SINGH, AND DICOSTA DOE are liable to Plaintiffs RAFAEL MALDONADO ROSETE, ELIGIO CANDIDO, CARLOS SALDAÑA VILLANUEVA, and VENANCIO SALDAÑA VILLANUEVA, as alleged in the complaint in this action, for unpaid

- 2 -

overtime wages pursuant to the Fair Labor Standards Act (FLSA) and New York Labor Law (NYLL), failure to furnish wage notice and wage statements as required under Section 195 of the New York Labor Law, unlawful deductions from wages in violation of New York Labor Law §§ 190 et seq., and failure to timely furnish payment of wages as required under New York Labor Law § 191, together with interest, costs, and attorneys' fees, all in a total to be ascertained.

Dated: New York, New York

    __July 19__, 202_2_ .

    _____
    HONORABLE KATHERINE POLK FAILLA,
    UNITED STATES DISTRICT JUDGE