UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, et al.,

                Plaintiffs,

-v-

AANGAN OF INDIA LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By Orders dated February 28, 2022 and March 28, 2022, the Court directed Plaintiffs to request certificates of default from the Clerk of Court with respect to Defendants Royal Kabab and Curry, Inc. ("Royal"), Rym Foods LLC ("Rym"), Nitu Singh ("Singh"), Dicosta Doe ("Doe"), and Aangan of India LLC ("Aangan") (together, the "Defaulting Defendants").  (ECF Nos. 73, 79). On March 29, 2022 and April 4, 2022, at Plaintiffs' request, the Clerk of Court entered certificates of default against the Defaulting Defendants.  (ECF Nos. 85–88, 92).

On May 9, 2022, Plaintiffs requested that default judgment be entered against the Defaulting Defendants, including Aangan.  (ECF Nos. 100, 101).  On May 11, 2022, the Honorable Katherine Polk Failla ordered the Defaulting Defendants to show cause at a hearing to be held on July 19, 2022 (the "Hearing") why default judgment should not be entered against them.  (ECF No. 102).

On July 19, 2022, Judge Failla held the Hearing.  (ECF min. entry July 19, 2022).  The Court understands that, at the Hearing, Plaintiffs' counsel advised that Plaintiffs do not seek entry of default judgment against Aangan, despite entry of a certificate of default against Aangan following its failure to continue to appear and defend this action.  (See ECF Nos. 79, 88).

Accordingly, after the Hearing, Judge Failla entered default judgment against Royal, Rym, Singh, and Doe (ECF No. 111 (the "July 19 Order")), and referred the matter to me for a damages inquest. (ECF No. 112).

Accordingly, by **July 27, 2022**, Plaintiffs shall:

1. Order the transcript of the Hearing;

2. Serve a copy of the July 19 Order on Royal, Rym, Singh, and Doe, and file proof of service on the docket; and

3. File a letter clarifying whether Plaintiffs seek entry of default judgment against Aangan and, if not, explaining how Plaintiffs intend to prosecute this case against Aangan.

Dated:     New York, New York
           July 20, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**