UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, ELIGIO CANDIDO, CARLOS SALDAÑA VILLANUEVA, and VENANCIO SALDAÑA VILLANUEVA, *individually and on behalf of others similarly situated*,

                     Plaintiffs,

-v.-

AANGAN OF INDIA LLC, *d/b/a Aangan*, AARON 31 LLC, *d/b/a Aangan*, DOLLY SINGH, and ASHISH BAWA,

                     Defendants.

20 Civ. 9598 (KPF)

**DEFAULT JUDGMENT AGAINST DEFENDANT AANGAN OF INDIA LLC, d/b/a AANGAN**

KATHERINE POLK FAILLA, District Judge:

    The Summons and Complaint in this action having been duly served on the above-named Defendant AANGAN OF INDIA LLC (D/B/A AANGAN), said Defendant having failed to defend in this action since Defendant's initial appearance and answer in this case, said Defendant having failed to respond to Magistrate Judge Cave's Order to Show Cause dated February 28, 2022 (Dkt. #74), and said default having been duly noted, and upon the annexed declaration in support of entry of default judgment, with exhibits thereto;

    NOW, on motion of CSM Legal, PC, counsel for Plaintiffs, it is hereby

    ORDERED and ADJUDGED that Defendant AANGAN OF INDIA LLC (D/B/A AANGAN) is liable to Plaintiffs RAFAEL MALDONADO ROSETE, ELIGIO CANDIDO, CARLOS SALDAÑA VILLANUEVA, and VENANCIO SALDAÑA VILLANUEVA, as alleged in the complaint in this action, for unpaid overtime wages pursuant to the Fair Labor Standards Act (FLSA) and New York Labor

- 2 -

Law (NYLL), failure to furnish wage notice and wage statements as required under Section 195 of the New York Labor Law, unlawful deductions from wages in violation of New York Labor Law §§ 190 *et seq.*, and failure to timely furnish payment of wages as required under New York Labor Law § 191,  together with interest, costs, and attorneys' fees, all in a total to be ascertained.

    SO ORDERED.

Dated:  November 21, 2022
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge