UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL MALDONADO ROSETE, ELIGIO CANDIDO, CARLOS SALDAÑA VILLANUEVA, and VENANCIO SALDAÑA VILLANUEVA, *individually and on behalf of others similarly situated*,

                    Plaintiffs,

-v.-

AANGAN OF INDIA LLC, *d/b/a Aangan*, AARON 31 LLC, *d/b/a Aangan*, DOLLY SINGH, and ASHISH BAWA,

                    Defendants.

20 Civ. 9598 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Parties are ordered to provide the Court with an update as to the status of settlement discussions between Plaintiffs and non-defaulting Defendants Aaron 31 LLC, Dolly Singh, and Ashish Bawa on or before **February 28, 2023**.

    SO ORDERED.

Dated:  February 1, 2023
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge