UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL MALDONADO ROSETE, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>AANGAN OF INDIA LLC d/b/a AANGAN, et al.,<br><br>                Defendants. | 20-CV-9598 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

       This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated:  August 1, 2023
          New York, New York

                                                   SO ORDERED.

                                                   *Jessica Clarke*

                                                   JESSICA G. L. CLARKE
                                                   United States District Judge