UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAFAEL MALDONADO ROSETE, CARLOS
SALDAÑA VILLANUEVA, and VENANCIO
SALDAÑA VILLANUEVA, *individually and on behalf
of others similarly situated,*

Civil Action No. **20-09598-JGLC-SLC**

*Plaintiffs,*

-against-

**[Proposed Form Of]**
**JUDGMENT**

AANGAN OF INDIA LLC (D/B/A
AANGAN), AARON 31 LLC (D/B/A
AANGAN), DOLLY SINGH, and ASHISH BAWA,

*Defendants.*
------------------------------------------------------------------X

## JUDGMENT

On December 15, 2023, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, RAFAEL MALDONADO ROSETE, CARLOS SALDAÑ VILLANUEVA, and VENANCIO SALDAÑA VILLANUEVA, have judgment against AANGAN OF INDIA LLC (D/B/A AANGAN), AARON 31 LLC (D/B/A AANGAN), and DOLLY SINGH, jointly and severally, in the amount of Twenty Five Thousand Dollars and No Cents ($25,000.00), which is inclusive of attorneys' fees and costs.

Dated: December 18, 2023

_____
JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE