UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, ELIGIO CANDIDO, CARLOS SALDANA VILLANUEVA, and VENANCIO SALDANA VILLANUEVA, individually and on behalf of others similarly situated,

                        Plaintiffs,

  -v-

AANGAN OF INDIA LLC (D/B/A AANGAN), ROYAL KABAB AND CURRY, INC., (D/B/A AANGAN), RYM FOODS LLC (D/B/A AANGAN), AARON 31 LLC (D/B/A AANGAN), NITU SINGH, DOLLY SINGH, ASHISH BAWA, and DICOSTA DOE,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the judgment entered against Defendants Aangan of India LLC , Aaron 31 LLC, and Dolly Singh (see ECF No. 174), by **December 22, 2023**, Plaintiffs shall file a letter (i) advising the Court whether they intend to pursue their default judgment against Defendants Royal Kabab and Curry, Inc., Rym Foods LLC, Nitu Singh, and Dicosta Doe (ECF No. 160), and (ii) reporting on the status of their claims against Defendant Ashish Bawa.

Dated:     New York, New York
            December 19, 2023

                                                            _[signature]_
                                                              SARAH L. CAVE
                                                               United States Magistrate Judge