UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL MALDONADO ROSETE, ELIGIO CANDIDO, CARLOS SALDANA VILLANUEVA, and VENANCIO SALDANA VILLANUEVA, individually and on behalf of others similarly situated,

        Plaintiffs,

-v-

AANGAN OF INDIA LLC (D/B/A AANGAN), ROYAL KABAB AND CURRY, INC., (D/B/A AANGAN), RYM FOODS LLC (D/B/A AANGAN), AARON 31 LLC (D/B/A AANGAN), NITU SINGH, DOLLY SINGH, ASHISH BAWA, and DICOSTA DOE,

        Defendants.

CIVIL ACTION NO.: 20 Civ. 9598 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 22, 2024, the Court issued a Report and Recommendation regarding Plaintiffs' damages (ECF No. 181 (the "R&R")), and directed Plaintiffs to serve a copy of the R&R on Defendants Royal Kebab and Curry, Inc., Rym Foods LLC, Nitu Singh, and Dicosta Doe (together, the "Defaulting Defendants") and file proof of service by July 24, 2024. (Id. at 53). Plaintiffs failed, however, to file proof of service by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs Plaintiffs to file proof of service of the R&R on the Defaulting Defendants by **August 7, 2024**.

Dated:    New York, New York
            August 5, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge