**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL MALDONADO ROSETE,
individually and on behalf of others similarly
situated, et al.,

                Plaintiffs,                20 **CIVIL** 9598 (JGLC)( SLC)

    -against-                         **JUDGMENT**

AANGAN OF INDIA LLC d/b/a AANGAN, et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 20, 2024, the Report and Recommendation is ADOPTED in its entirety. Default judgment is hereby entered against the Defaulting Defendants and in favor of Plaintiffs as follows: 1. Maldonado is awarded: a. Compensatory damages in the amount of $34,884.46, consisting of $32,440.11 in Straight Time Wages, $234.35 in spread-of-hours wages, and $2,210.00 for tools of the trade purchases; b. Liquidated damages in the amount of $32,674.46; c. Pre-judgment interest on his Straight Time Wages ($32,440.11) and spread-of-hours wages ($234.35), together, $32,674.46, at a rate of nine percent per year from February 4, 2020 through the date of entry of judgment in the amount of $13,374.15; and d. Post-judgment interest pursuant to 28 U.S.C. § 1961. 2. C. Saldana is awarded: a. Compensatory damages in the amount of $44,640.00, consisting of $14,725.00 in Straight Time Wages, $25,993.61 in overtime damages, and $3,921.39 in spread-of-hours damages; b. Liquidated damages in the amount of $44,640.00; c. Pre-judgment interest on his Straight Time Wages ($14,725.00), overtime damages ($25,993.61), and spread-of-hours damages ($3,921.39),

together, $44,640.00, at a rate of nine percent per year from May 2, 2020 to the date of entry of judgment in the amount of $17,303.20; and d. Post-judgment interest pursuant to 28 U.S.C. § 1961. 3. V. Saldana is awarded: a. Compensatory damages in the amount of $127,574.67, consisting of $74,031.90 in Straight Time Wages, $46,907.06 in overtime damages, $4,695.71 in spread-of-hours damages, and $1,940.00 for tools of the trade purchases; b. Liquidated damages in the amount of $125,634.67; c. Pre-judgment interest on his Straight Time Wages ($74,031.90), overtime damages ($46,907.06), and spread-of-hours damages ($4,695.71), together, $125,634.67, at a rate of nine percent per year from March 7, 2018 through the date of entry of judgment in the amount of $73,078.07; and d. Post-judgment interest pursuant to 28 U.S.C. § 1961. 4. Plaintiffs are awarded attorneys' fees in the amount of $3,292.00. 5. Plaintiffs are awarded costs in the amount of $2,367.60. 6. Pursuant to NYLL § 198(4), an automatic increase of judgment is applied to damages awarded under the NYLL that remain unpaid upon the expiration of 90 days following issuance of judgment, or 90 days after expiration of the time to appeal, and no appeal is then pending, whichever is later. Additionally, Plaintiffs claims for statutory damages under the WTPA are DISMISSED with prejudice for lack of standing. Plaintiffs claims against Bawa are also DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
August 21, 2024

**Daniel Ortiz**
**Acting Clerk of Court**

**BY:** *[signature]*
**Deputy Clerk**